People *ex rel.* Bray *et al.* agt. Board of Supervisors of Ulster County.

---

## SUPREME COURT.

THE PEOPLE *ex rel.* CHARLES BRAY *et al.* agt. THE BOARD
OF SUPERVISORS OF ULSTER COUNTY.

*Costs of a special proceeding — What costs are recoverable upon an appeal from an order granting a peremptory mandamus, when such order is affirmed — Code of Civil Procedure, section 3240.*

The costs to be allowed, and which are recoverable upon an appeal from an order granting a peremptory *mandamus* when such order is affirmed, is regulated by section 3240 of the Code of Civil Procedure, and in the discretion of the court, are the same costs which are given on "an appeal from a judgment."

*Ulster Special Term, June,* 1883.

MOTION to readjust costs as taxed by the clerk of Ulster county, upon an affirmance by the general term, with "the costs of the appeal," of an order of the special term granting a peremptory writ of *mandamus.*

*Wm. Lounsbury,* for the motion.

*Howard Chipp, Jr.,* opposed.

People *ex rel.* Bray *et al.* agt. Board of Supervisors of Ulster County.

WESTBROOK, *J.* — The general term has affirmed the order of the special term granting, in the above entitled proceeding, a peremptory *mandamus*, with " the costs of the appeal." The question which this motion presents is : What costs are recoverable upon an appeal from an order granting a peremptory *mandamus*, when such order is affirmed ?

Section 3240 of the Code provides that, " upon an appeal in a special proceeding," the successful party, " in the discretion of the court," shall recover costs " at the rates allowed for similar services in   *   *   *   an appeal from a judgment taken in the same court," unless the costs to be recovered are " specially regulated in this act." Unless, then, the amount of costs to be recovered upon an *appeal* from an order allowing a peremptory *mandamus*, which is unquestionably a special proceeding, are fixed at a special sum by the Code, this section (3240) controls.

The counsel for the supervisors claims that section 2086 applies. That section does not, in my opinion, fix the costs upon an *appeal*. It only provides for an allowance of fifty dollars as costs upon the *original* application. Neither does any other section, to which my attention has been called, provide specially for costs in a case of this character on appeal. The result is that section 3240, *as it now reads* (*See Throop's edition of* 1882) applies, for it gives, " upon an appeal in a special proceeding," the same costs which are given on " an appeal from a judgment." It is true that such costs are " in the discretion of the court," but when the court has allowed costs, it is to be assumed that they allowed such as they had power to award, and that, therefore, in this case, costs as provided for in section 3240 are given.

The motion to correct the taxation by the clerk, who has allowed costs as upon an appeal from an order made upon a simple motion, is granted, with ten dollars costs.